# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE

75 TED TURNER DRIVE, SW

ATLANTA, GEORGIA 30303-3361

| | |
|---|---|
| KEVIN P. WEIMER | CIVIL SECTION |
| CLERK OF COURT | 404-215-1655 |

February 8, 2023

Magistrate Court of Henry County
1 Judicial CTR #260
McDonough, GA 30253

        **Re:**   **FirstKey Homes LLC v. Henderson**
                **Your Case Number: 23-00051CD**

Dear Clerk:

    Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

                              Sincerely,

                              Kevin P. Weimer
                            Clerk of Court


                      By:   s/Jill Ayers
                            Deputy Clerk

Enclosure